# IN THE SUPREME COURT OF THE STATE OF NEVADA

WESLEY RUSCH, AN INDIVIDUAL,
Appellant,

vs.

CHAMPERY RENTAL REO, LLC, AS
SUCCESSOR-IN-INTEREST TO
HOLLYVALE RENTAL HOLDINGS,
LLC,

Respondent.

No. 84857

FILED

JUN 30 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for reconsideration. Eighth Judicial District Court, Clark County; Monica Trujillo, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. This court "may only consider appeals authorized by statute or court rule." *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule authorizes an appeal from an order denying a motion for reconsideration. *Arnold v. Kip*, 123 Nev. 410, 417, 168 P.3d 1050, 1054 (2007) ("[A]n order denying reconsideration is not appealable."). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

 

22-20639

cc: Hon. Monica Trujillo, District Judge
Wesley Rusch
Wedgewood, LLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A